B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Marinakos, Arry | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Marinakos, Elaine X. |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-6596 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-0112 |
| Street Address of Debtor (No. and Street, City, and State):<br>2 S 727 Williamsburg Court<br>Oak Brook, IL<br>ZIP Code 60523 | Street Address of Joint Debtor (No. and Street, City, and State):<br>2 S 727 Williamsburg Court<br>Oak Brook, IL<br>ZIP Code 60523 |
| County of Residence or of the Principal Place of Business:<br>Dupage | County of Residence or of the Principal Place of Business:<br>Dupage |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                       Page 2

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Marinakos, Arry<br>Marinakos, Elaine X. |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X  /s/ Joel H. Shapiro                    April 21, 2008<br>Signature of Attorney for Debtor(s)            (Date)<br>     Joel H. Shapiro (#2566168) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
Marinakos, Arry
Marinakos, Elaine X.

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Arry Marinakos
Signature of Debtor  Arry Marinakos

X  /s/ Elaine X. Marinakos
Signature of Joint Debtor Elaine X. Marinakos

Telephone Number (If not represented by attorney)

April 21, 2008
Date

#### Signature of Attorney*

X  /s/ Joel H. Shapiro
Signature of Attorney for Debtor(s)

Joel H. Shapiro (#2566168)
Printed Name of Attorney for Debtor(s)

Kamenear Kadison Shapiro & Craig
Firm Name
20 North Clark Street
Suite 2200
Chicago, IL 60602

Address

Email: jshapiro@kksclaw.com
(312) 332-0490
Telephone Number

April 21, 2008
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Arry Marinakos
Elaine X. Marinakos _____    Case No. _____
                              Debtor(s)          Chapter    7

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

□ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

□ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

□ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

□ Active military duty in a military combat zone.

□ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:      /s/ Arry Marinakos
                     Arry Marinakos

Date:    April 21, 2008

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Arry Marinakos
Elaine X. Marinakos                                    Case No.
                                        Debtor(s)      Chapter    7

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

Official Form 1, Exh. D (10/06) - Cont.

□ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
□ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
□ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
□ Active military duty in a military combat zone.

□ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    /s/ Elaine X. Marinakos
                         Elaine X. Marinakos

Date:    April 21, 2008

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Arry Marinakos,
       Elaine X. Marinakos

Case No. _____

Chapter _____ 7 _____

Debtors

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 400,000.00 | | |
| B - Personal Property | Yes | 4 | 34,770.02 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 231,456.25 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 108,354.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 35 | | 616,781.62 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 4,609.35 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 4,591.00 |
| Total Number of Sheets of ALL Schedules | | 48 | | | |
| Total Assets | | | 434,770.02 | | |
| Total Liabilities | | | | 956,591.87 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    Arry Marinakos,         Case No. _____
        Elaine X. Marinakos

_____ ,
                               Debtors        Chapter_____7_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 108,354.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 108,354.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 4,609.35 |
| Average Expenses (from Schedule J, Line 18) | 4,591.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 2,137.47 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 108,354.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 616,781.62 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 616,781.62 |

B6A (Official Form 6A) (12/07)

.

In re      Arry Marinakos,                                          Case No. _____
           Elaine X. Marinakos
                                                           ,
                              Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Residential real property commonly known as: 2 S 727 Williamsburg Court, Oak Brook, IL 60523 | Tenants by the entirety | J | 400,000.00 | 212,212.25 |

|  |  |  |
|---|---|---|
| Sub-Total > | 400,000.00 | (Total of this page) |
| Total > | 400,000.00 |  |

___0___  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    Arry Marinakos,                                                    Case No. _____
         Elaine X. Marinakos

_____ ,
                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | Debtors' possession | J | 40.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Charter One Bank Joint Checking Account No. ...9436 | J | 200.00 |
| | | Charter One Bank Joint Savings Account | J | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Miscellaneous household goods and furnishings | J | 2,500.00 |
| | | Gateway Desktop Computer | J | 300.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Ordinary and necessary wearing apparel | H | 350.00 |
| | | Ordinary and necessary wearing apparel | W | 500.00 |
| 7. Furs and jewelry. | | Gold and diamond engagement ring | W | 2,500.00 |
| | | Diamond earrings | W | 800.00 |
| | | Gold and diamond earrings | W | 300.00 |
| | | Weddiing band | H | 50.00 |
| | | Wristwatch | H | 75.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >          7,615.00
(Total of this page)

___3___ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   Arry Marinakos,
       Elaine X. Marinakos

Case No. _____

Debtors   ,

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | New York Life<br>Variable Universal Life Policy No. ...4232<br>Face Amount: $500,000<br>Beneficiary: Elaine Marinakos (Spouse)<br>Cash Value: $1,332.02 | H | 1,332.02 |
| | | New York Life<br>Term Life Insurance<br>Face Value: $1,000,000<br>Beneficiary: Elaine Marinakos (Spouse)<br>Cash Value: $0.00 | H | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Invest Financial Corporation (IRA) | H | 3,398.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Fresh Point Market LLC (25% membership interest) | H | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | J & A Center (50% partnership interest) | H | 0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >    4,730.02
(Total of this page)

Sheet  _1_  of  _3_  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re    Arry Marinakos,                                                    Case No. _____
         Elaine X. Marinakos
                                                                    ,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 Honda Odyssey | J | 22,000.00 |
| | | 1995 Jeep Wrangler | H | 425.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |

|  | Sub-Total > | 22,425.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

**B6B (Official Form 6B) (12/07) - Cont.**

In re  Arry Marinakos,              Case No. _____
       Elaine X. Marinakos
_____,
                    Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 0.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 34,770.02 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re   Arry Marinakos,                                    Case No. _____
        Elaine X. Marinakos
_____,
                          Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ■ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Residential real property commonly known as: 2 S | 735 ILCS 5/12-901 | 30,000.00 | 400,000.00 |
| 727 Williamsburg Court, Oak Brook, IL 60523 | 735 ILCS 5/12-112 and 750 ILCS 65/22 | 100% | |
| **Cash on Hand** | | | |
| Debtors' possession | 735 ILCS 5/12-1001(b) | 40.00 | 40.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Charter One Bank | 735 ILCS 5/12-1001(b) | 200.00 | 200.00 |
| Joint Checking Account No. ...9436 | | | |
| **Household Goods and Furnishings** | | | |
| Miscellaneous household goods and furnishings | 735 ILCS 5/12-1001(b) | 2,500.00 | 2,500.00 |
| Gateway Desktop Computer | 735 ILCS 5/12-1001(b) | 300.00 | 300.00 |
| **Wearing Apparel** | | | |
| Ordinary and necessary wearing apparel | 735 ILCS 5/12-1001(a) | 350.00 | 350.00 |
| Ordinary and necessary wearing apparel | 735 ILCS 5/12-1001(a) | 500.00 | 500.00 |
| **Furs and Jewelry** | | | |
| Gold and diamond engagement ring | 735 ILCS 5/12-1001(b) | 2,500.00 | 2,500.00 |
| Diamond earrings | 735 ILCS 5/12-1001(b) | 800.00 | 800.00 |
| Gold and diamond earrings | 735 ILCS 5/12-1001(b) | 300.00 | 300.00 |
| Weddiing band | 735 ILCS 5/12-1001(b) | 50.00 | 50.00 |
| Wristwatch | 735 ILCS 5/12-1001(b) | 75.00 | 75.00 |
| **Interests in Insurance Policies** | | | |
| New York Life | 735 ILCS 5/12-1001(f) | 1,332.02 | 1,332.02 |
| Variable Universal Life Policy No. ...4232 | 735 ILCS 5/12-1001(f) | 100% | |
| Face Amount: $500,000 | | | |
| Beneficiary: Elaine Marinakos (Spouse) | | | |
| Cash Value: $1,332.02 | | | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Invest Financial Corporation (IRA) | 735 ILCS 5/12-1006 | 100% | 3,398.00 |
| **Stock and Interests in Businesses** | | | |
| Fresh Point Market LLC (25% membership interest) | 735 ILCS 5/12-1001(b) | 10.00 | 0.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2005 Honda Odyssey | 735 ILCS 5/12-1001(c) | 4,800.00 | 22,000.00 |
| 1995 Jeep Wrangler | 735 ILCS 5/12-1001(b) | 425.00 | 850.00 |
| | Total: | 236,699.79 | 435,195.02 |

____0____ continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    Arry Marinakos,    Case No. _____
        Elaine X. Marinakos

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxx3519 <br><br> American Honda Finance <br> Po Box 168088 <br> Irving, TX 75016 | | J | Opened 6/23/05  Last Active  2/26/08 <br><br> Lien on Vehicle Title <br><br> 2005 Honda Odyssey <br><br> Value $        22,000.00 | | | | 19,244.00 | 0.00 |
| Account No. <br><br> Cargill Food Distribution <br> P.O. Box 5007 <br> Woodridge, IL 60517 | | H | 12/07/07 <br><br> Judgment Lien <br><br> Residential real property commonly known as: 2 S 727 Williamsburg Court, Oak Brook, IL 60523 <br><br> Value $     400,000.00 | | | X | 16,060.00 | 0.00 |
| Account No. xxxx1262 <br><br> Countrywide Home Lending <br> Attention: Bankruptcy  SV-314B <br> Po Box 5170 <br> Simi Valley, CA 93062 | | J | Opened 12/16/02  Last Active  2/20/08 <br><br> First Mortgage <br><br> Residential real property commonly known as: 2 S 727 Williamsburg Court, Oak Brook, IL 60523 <br><br> Value $     400,000.00 | | | | 184,155.00 | 0.00 |
| Account No. <br><br> Kehe Foods <br> 35346 Eagle Way <br> Chicago, IL 60678-1353 | | H | 12/07/07 <br><br> Judgment Lien <br><br> Residential real property commonly known as: 2 S 727 Williamsburg Court, Oak Brook, IL 60523 <br><br> Value $     400,000.00 | | | X | 11,997.25 | 0.00 |

   0   continuation sheets attached

| | Subtotal <br> (Total of this page) | 231,456.25 | 0.00 |
|---|---|---|---|
| | Total <br> (Report on Summary of Schedules) | 231,456.25 | 0.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07)

In re   Arry Marinakos,                                                      Case No. _____
        Elaine X. Marinakos
                                                                          ,
                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___1___ continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re    Arry Marinakos,                                                    Case No. _____
         Elaine X. Marinakos

_____,
                                          Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | 2005 | | | | | | |
| Illinois Department of Revenue State of Illinois Center 100 West Randolph Street Chicago, IL 60601 | | J | | Illinois Income Tax Form IL-1040 | | | | | 0.00 | |
| | | | | | | | | 12,772.00 | | 12,772.00 |
| Account No. | | | | 2005 | | | | | | |
| Internal Revenue Service Centralized Insolvency Operation P.O. Box 21126 Philadelphia, PA 19114 | | J | | Federal Income Tax Form 1040 | | | | | 0.00 | |
| | | | | | | | | 86,189.00 | | 86,189.00 |
| Account No. | | | | 2004 | | | | | | |
| Internal Revenue Service Centralized Insolvency Operation P.O. Box 21126 Philadelphia, PA 19114 | | J | | Federal Income Tax Form 1040 | | | | | 0.00 | |
| | | | | | | | | 9,393.00 | | 9,393.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

| | | |
|---|---|---|
| Sheet _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 |
| | | 108,354.00 | 108,354.00 |
| | Total (Report on Summary of Schedules) | 0.00 |
| | | 108,354.00 | 108,354.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    Arry Marinakos,
       Elaine X. Marinakos

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> A+ Exhaust Hood Cleaning <br> P.O. Box 656 <br> Westmont, IL 60559 | - | | Business Debt | | | X | 150.00 |
| Account No. <br><br> AAA Rental System <br> 3020 w 167th St <br> Markham, IL 60428 | - | | Business Debt | | | X | 71.50 |
| Account No. xxxxxxxxxxxx0833 <br><br> Account Solutions Group, LLC <br> 205 Bryant Woods South <br> Amherst, NY 14228 | | W | Notice Only <br> Collection agent for HSBC Bank Nevada, NA | | | | 0.00 |
| Account No. xxxxx0447 <br><br> Advocate Healthcare <br> Good Samaritan Hospital <br> 3815 Highland Avenue <br> Downers Grove, IL 60515 | | H | Medical Treatment | | | | 61.92 |

__34__  continuation sheets attached

Subtotal
(Total of this page)     283.42

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    Arry Marinakos,                                                    Case No. _____
         Elaine X. Marinakos
                                                                    ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Alpha Baking Company <br> 36230 Treasury Center <br> Chicago, IL 60691 | - | | | Business Debt | | | X | 171.41 |
| Account No. <br><br> American Baking Company <br> 21431 Network Place <br> Chicago, IL 60673 | - | | | Business Debt | | | X | 3,548.00 |
| Account No. xxxxxxxxxxxx2523 <br><br> American Express <br> c/o Becket and Lee <br> Po Box 3001 <br> Malvern, PA 19355 | | W | | Opened 11/01/99  Last Active 12/01/06 CreditCard | | | | 14,949.00 |
| Account No. xxxx-xxxxxx-x3000 <br><br> American Express <br> P.O. Box 0001 <br> Los Angeles, CA 90096-0001 | | W | | Credit Card Purchases | | | | 14,024.61 |
| Account No. <br><br> Anton-Argires Inc. <br> 11743 S. Mayfield Avenue <br> Alsip, IL 60803 | - | | | Business Debt | | | X | 2,000.00 |

Sheet no. __1__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

34,693.02

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Arry Marinakos,                                                    Case No. _____
         Elaine X. Marinakos
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Archos, Aristotellis 7630 Mendocino Drive Gurnee, IL 60031 | | J | | | | | X | Unknown |
| Account No. | | | Business Debt | | | | | |
| Archos, George and Sophia 24 Princess Court Westchester, IL 60154 | | J | | | | | X | Unknown |
| Account No. | | | Notice Only Collection attorney for City of Chicago | | | | | |
| Arnold Scott Harris 600 W. Jackson Blvd, Suite 720 P.O. Box 5625 Chicago, IL 60680-5625 | | J | | | | | | 0.00 |
| Account No. | | | Business Debt | | | | | |
| Arnstein & Lehr 120 S Riverside Plaza Suite 1200 Chicago, IL 60606 | | - | | | | | X | Unknown |
| Account No. | | | Business Debt | | | | | |
| Arrow Uniform Rental P.O. Box 670391 Detroit, MI 48267-0391 | | - | | | | | X | 1,694.16 |

Sheet no. __2__ of __34__ sheets attached to Schedule of                          Subtotal                    1,694.16
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Arry Marinakos,                                                    Case No. _____
         Elaine X. Marinakos
                                                                     ,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Business Debt | | | | |
| AT&T P.O. Box 8100 Aurora, IL 60507 | - | | | | | | | X | 791.46 |
| Account No. | | | | | Business Debt | | | | |
| Athenian Foods 3051-53 N. Cicero Chicago, IL 60641 | - | | | | | | | X | 11,487.00 |
| Account No. | | | | | Business Debt | | | | |
| Atom Banana 2404 Walcott Avenue Units 10, 11, 12 Chicago, IL 60606 | - | | | | | | | X | 598.00 |
| Account No. | | | | | Business Debt | | | | |
| Aunt Millie's Bakeries P.O. Box 13099 Fort Wayne, IN 46867 | - | | | | | | | X | 480.80 |
| Account No. | | | | | Business Debt | | | | |
| Baltic Food Distributing 1041 Vandustrial Drive Westmont, IL 60559 | - | | | | | | | X | 613.00 |

Sheet no. __3__ of __34__ sheets attached to Schedule of                      Subtotal                      13,970.26
Creditors Holding Unsecured Nonpriority Claims                            (Total of this page)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Arry Marinakos,                                          Case No. _____
         Elaine X. Marinakos

_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxxx-xxxx-xxxx-7525 | | | | | Opened  9/01/98  Last Active  4/30/07 CreditCard | | | | |
| Bank of America Attn: Bankruptcy NC4-105-02-99 Po Box 26012 Greensboro, NC 27410 | | | W | | | | | | 15,388.00 |
| Account No.  54 | | | | | Opened  3/25/04  Last Active  7/30/07 CheckCreditOrLineOfCredit | | | | |
| Bank of America Attn: Bankruptcy NC4-105-02-99 Po Box 26012 Greensboro, NC 27410 | | | W | | | | | | 15,258.00 |
| Account No. xxxx-xxxx-xxxx-3993 | | | | | Credit Card Purchases | | | | |
| Bank of America P.O. Box 15026 Wilmington, DE 19850-5026 | | | W | | | | | | 12,954.25 |
| Account No. | | | | | Business Debt | | | | |
| Banner Wholesale Grocers 3000 S. Ashland Chicago, IL 60608 | | | - | | | | | X | 1,485.00 |
| Account No. | | | | | Business Debt | | | | |
| Bareman Dairy P.O. Box 8157 Holland, MI 49422 | | | - | | | | | X | 1,011.00 |

Sheet no. __4__ of __34__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)          46,096.25

B6F (Official Form 6F) (12/07) - Cont.

In re    Arry Marinakos,                                                      Case No. _____
         Elaine X. Marinakos

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| Bari Foods 710 Schneider Drive South Elgin, IL 60177 | - | | | | | | X | 60,177.00 |
| Account No. xxxxxxxxxxxx0833 | | | | 06/07 Credit Card Purchases | | | | |
| Best Buy Retail Services P.O. Box 17298 Baltimore, MD 21297-1298 | W | | | | | | | 914.02 |
| Account No. | | | | Business Debt | | | | |
| Blue Ribbon Products Company 2410 W. McDonough Street Joliet, IL 60436 | - | | | | | | X | 483.75 |
| Account No. | | | | Business Debt | | | | |
| Bobaks Sausage Company 5275 S. Archer Avenue Chicago, IL 60632 | - | | | | | | X | 1,139.45 |
| Account No. | | | | Business Debt | | | | |
| Boussis, Demitrios 2119 Post Northbrook, IL 60062 | - | | | | | | X | Unknown |

Sheet no. _5_ of _34_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          62,714.22

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Arry Marinakos,              Case No. _____
         Elaine X. Marinakos

_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Business Debt | | | | |
| Brookhaven Marketplace II 242 Bunting Lane Mokena, IL 60448 | | J | | | | | X | Unknown |
| Account No. | | | | Business Debt | | | | |
| Burke Warren MacKay & Serritella 330 N Wabash Ave 22nd Floor Chicago, IL 60611 | | - | | | | | X | Unknown |
| Account No. | | | | Business Debt | | | | |
| BYL P.O. Box 569 Nalveren, PA 19355 | | - | | | | | X | 543.00 |
| Account No. | | | | Business Debt | | | | |
| Central Beverage Company 2601 S. 25th Avenue Broadview, IL 60155 | | - | | | | | X | 899.25 |
| Account No. | | | | Business Debt | | | | |
| Central Food Service 4100 W. 40th Street Chicago, IL 60632 | | - | | | | | X | 672.00 |

Sheet no. _6__ of _34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,114.25

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Arry Marinakos,                                      Case No. _____
         Elaine X. Marinakos

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| Central Merchandising Certified Grocers Midwest Inc One Certified Drive La Grange, IL 60525 | - | | | | | | X | Unknown |
| Account No. | | | | Business Debt | | | | |
| Charter One Bank P.O. Box 42001 Providence, RI 02940 | - | | | | | | X | Unknown |
| Account No. xxxx-xxxx-xxxx-3749 | | | | Credit Card Purchases | | | | |
| Chase P.O. Box 15298 Wilmington, DE 19850-5298 | W | | | | | | | 3,270.94 |
| Account No. xxxxxxx2008 | | | | Opened 4/01/98 Last Active 11/27/06 CreditCard | | | | |
| Chase/United Mileage Plus Attn: Bankruptcy Dept Po Box 100018 Kennesaw, GA 30156 | J | | | | | | | 447.00 |
| Account No. | | | | Business Debt | | | | |
| Chemtron P.O. Box 46190 Chicago, IL 60646-0190 | - | | | | | | X | 1,073.00 |

Sheet no. __7__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          4,790.94

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Arry Marinakos,                                              Case No. _____
         Elaine X. Marinakos
                                                        ,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No.<br><br>Chicago Baking Company<br>500 N. Fulton Avenue<br>Evansville, IN 47710 | - | | | Business Debt | | | X | 2,672.66 |
| Account No.<br><br>Chicago Sweet Connection Bakery<br>5569 N. Northwesyt Hwy<br>Chicago, IL 60630 | - | | | Business Debt | | | X | 1,020.25 |
| Account No.<br><br>Chicago Tribune<br>505 Northwest Hwy<br>Northlake, IL 60164 | - | | | Business Debt | | | X | 8,604.26 |
| Account No. xxxxxx1245<br><br>Children's Memorial Medical Center<br>75 Remittance Drive<br>Suite 92611<br>Chicago, IL 60675 | | W | | Medical Treatment | | | | 150.00 |
| Account No. xxxxxxxxxxxx4718<br><br>Citibank USA<br>Attn.: Centralized  Bankruptcy<br>P.O. Box 20507<br>Kansas City, MO 64195 | | H | | Opened  9/20/05  Last Active  8/23/06<br>ChargeAccount | | | | 333.00 |

Sheet no. __8___ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,780.17

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Arry Marinakos,                                                     Case No. _____
         Elaine X. Marinakos

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxxxxx3270 | | | | | Parking tickets | | | | |
| City of Chicago P.O. Box 88292 Chicago, IL 60680-1292 | J | | | | | | | | 750.00 |
| Account No. | | | | | Business Debt | | | | |
| Classic Creations 1422 Abourndale Ct Wheeling, IL 60090 | - | | | | | | | X | 525.00 |
| Account No. | | | | | Business Debt | | | | |
| Clover Leaf Farms 13835 S. Kostner Crestwood, IL 60445 | - | | | | | | | X | 1,300.00 |
| Account No. xxx0290 | | | | | Business Debt | | | | |
| Coca-Cola Enterprise Bottling Co. P.O. Box 2335 Chicago, IL 60674-2335 | - | | | | | | | X | 10,700.00 |
| Account No. | | | | | Business Debt | | | | |
| Com Ed Bill Payment Center Chicago, IL 60668-0001 | - | | | | | | | X | 45,000.00 |

Sheet no. __9__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            58,275.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Arry Marinakos,                                              Case No. _____
         Elaine X. Marinakos

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>Corfu Foods Inc.<br>755 Thomas Drive<br>Bensenville, IL 60106 | - | | | | Business Debt | | | X | 477.49 |
| Account No.<br><br>Crawford Sausage Co.<br>2310 S. Pulaski<br>Chicago, IL 60623 | - | | | | Business Debt | | | X | 589.76 |
| Account No.<br><br>D & S News<br>30 North Street<br>Park Forest, IL 60466 | - | | | | Business Debt | | | X | 40.40 |
| Account No.<br><br>D.M. Emporium<br>3014 Willow Street<br>Franklin Park, IL 60131 | - | | | | Business Debt | | | X | 977.00 |
| Account No.<br><br>Dearborn Wholesale Grocers<br>2801 S. Western Avenue<br>Chicago, IL 60608 | - | | | | Business Debt | | | X | 6,097.00 |

Sheet no. __10__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,181.65

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     Arry Marinakos,                                          Case No. _____
          Elaine X. Marinakos

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. xxxxxxxx0023<br><br>Discover Financial<br>Attention: Bankruptcy Department<br>P.O. Box 3025<br>New Albany, OH 43054 | | W | Opened 2/14/01 Last Active 4/11/07<br>CreditCard | | | | 7,145.00 |
| Account No. xxxxxxxx1976<br><br>Discover Financial<br>Attention: Bankruptcy Department<br>Po Box 3025<br>New Albany, OH 43054 | | J | Opened 7/28/06 Last Active 4/11/07<br>CreditCard | | | | 5,669.00 |
| Account No. xxxxxxxxxxx5686<br><br>Dish Network<br>Dept 0063<br>Palatine, IL 60055-0063 | | H | Utility Service | | | | 24.22 |
| Account No.<br><br>Doreen's Gormet Pizza, Inc.<br>130 State Street<br>Calumet City, IL 60409 | - | | Business Debt | | | X | 660.00 |
| Account No.<br><br>DPI Midwest<br>600 E. Brook Drive<br>Arlington Heights, IL 60005 | - | | Business Debt | | | X | 4,327.00 |

Sheet no. __11__ of __34__ sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                                            (Total of this page)         17,825.22

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Arry Marinakos,                                          Case No. _____
         Elaine X. Marinakos
                                                    ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> Dreyers/Edy's Grand Ice Cream <br> 5929 College Avenue <br> Oakland, CA 94618 | - | | Business Debt | | | X | 1,405.00 |
| Account No. <br> Dutch Farms Inc. <br> 1573 Momentum Drive <br> Chicago, IL 60689-5315 | - | | Business Debt | | | X | 14,132.00 |
| Account No. <br> Earthgrains Baking Co., Inc. <br> 2883 Hillock Avenue <br> Chicago, IL 60603 | - | | Business Debt | | | X | 522.00 |
| Account No. 8631 <br> Eastern Collection Corp <br> 1626 Locust Ave <br> Bohemia, NY 11716 | | W | Collection agent for Fluidity Fitness LLC | | | | 39.95 |
| Account No. xxxxxxxxxxEDx0001 <br> Edsouth W/jp Morgan <br> Po Box 36014 <br> Knoxville, TN 37930 | | W | Opened 2/22/05 Last Active 8/11/05 Educational | | | | 8,141.00 |

Sheet no. _12_ of _34_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  24,239.95

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  Arry Marinakos,
       Elaine X. Marinakos

Case No. _____

_____,
                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Business Debt | | | | |
| El Milagro Tortillas Dept. 562-0659 Chicago, IL 60678-6994 | - | | | | | | X | 201.00 |
| Account No. | | | | Business Debt | | | | |
| Empire Cooler Service 940 W. Chicago Avenue Chicago, IL 60622 | - | | | | | | X | 1,056.87 |
| Account No. | | | | Business Debt | | | | |
| Equipment Depot of Illinois 2545 Northwest Parkway Elgin, IL 60123 | - | | | | | | X | Unknown |
| Account No. | | | | Business Debt | | | | |
| Evergreen International Inc. 2404 S. Wolcott Avenue Chicago, IL 60608 | - | | | | | | X | 195.00 |
| Account No. | | | | Business Debt | | | | |
| Expand International P.O. Box 617815 Chicago, IL 60661-7815 | - | | | | | | X | 1,815.69 |

| | | |
|---|---|---|
| Sheet no. __13__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 3,268.56 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   Arry Marinakos,                                              Case No. _____
        Elaine X. Marinakos

_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| Fantis Imports Inc. 3612 Acorn Lane Franklin Park, IL 60131 | - | | | | | | X | 8,228.78 |
| Account No. | | | | Business Debt | | | | |
| Father & Son Corn P.O. Box 1187 Melrose Park, IL 60161 | - | | | | | | X | 735.30 |
| Account No. | | | | Business Debt | | | | |
| Fifth Third Bank 19201 La GRange Road Mokena, IL 60448 | - | | | | | | X | Unknown |
| Account No. | | | | Business Debt | | | | |
| First National Ba`nk of Illinois 3256 ridge Road Lansing, IL 60438 | - | | | | | | X | Unknown |
| Account No. | | | | Business Debt | | | | |
| Fisher Printing Inc. 8640 S. Oketo Avenue Bridgeview, IL 60455 | - | | | | | | X | 700.00 |

Sheet no. __14__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,664.08

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Arry Marinakos,                                                    Case No. _____
         Elaine X. Marinakos

_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| **Account No.** | | | - | | Business Debt | | | | |
| Fortune Fish Co. P.O. Box 3090 Milwaukee, WI 53201-3090 | | | | | | | | X | 2,450.00 |
| **Account No.** | | | - | | Business Debt | | | | |
| Fotis and Son Imports, Inc. 2675 American LAne Elk Grove Village, IL 60007 | | | | | | | | X | 2,294.70 |
| **Account No.** | | | - | | Business Debt | | | | |
| Fox De Luxe 370 N. Morgan Street Chicago, IL 60607 | | | | | | | | X | 3,761.00 |
| **Account No.** | | | - | | Business Debt | | | | |
| FPO Technology, Inc. 1229 Rand Road Des Plaines, IL 60016 | | | | | | | | X | 4,291.00 |
| **Account No. xxxx0615** | | | - | | Business Debt | | | | |
| Frito-Lay P.O. Box 643103 Pittsburgh, PA 15264-3103 | | | | | | | | X | 4,927.00 |

Sheet no. __15__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                17,723.70

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Arry Marinakos,                                                      Case No. _____
         Elaine X. Marinakos

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxxxxxxxx1128 | | | | Opened  9/30/05 Last Active 11/24/06 ChargeAccount | | | | |
| Gemb/gap Attention:  Bankruptcy P.O. Box 103106 Roswell, GA 30076 | | H | | | | | | Unknown |
| Account No. | | - | | Business Debt | | | X | |
| Giardino del Dolce Inc. 2859 N. Harlem Ave. Chicago, IL 60707 | | | | | | | | 2,525.00 |
| Account No. | | - | | Business Debt | | | X | |
| Goodness Greenness Inc. 3586 Paysphere Circle Chicago, IL 60674-3586 | | | | | | | | 583.00 |
| Account No. | | - | | Business Debt | | | X | |
| High PSI 75 N. Brandon Drive Glendale Heights, IL 60139 | | | | | | | | 5,367.00 |
| Account No. | | - | | Business Debt | | | X | |
| Hinsdale's Pride Inc. 7960 Shagbark Burr Ridge, IL 60527 | | | | | | | | 9,695.00 |

Sheet no. __16__ of __34__ sheets attached to Schedule of                    Subtotal                18,170.00
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Arry Marinakos,                                               Case No. _____
         Elaine X. Marinakos

_____,
                                   Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxxxxxxx1299 | | | | Business Debt | | | | |
| Home Depot P.O. Box 6029 The Lakes, NV 88901-6029 | - | | | | | | X | 16,302.00 |
| Account No. xxxxxxxxxxxx4718 | | H | | Credit Card Purchases | | | | |
| Home Depot P.O. Box 689100 Des Moines, IA 50368-9100 | | | | | | | | 297.00 |
| Account No. xxxxxxxxxxxx0833 | | W | | Credit Card Purchases | | | | |
| HSBC Bank Nevada, NA P.O. Box 5244 Carol Stream, IL 60197-5244 | | | | | | | | 817.86 |
| Account No. xxx273A1 | | W | | Opened 12/06/07  Last Active  3/01/08 Collection Chase Bank USA  N.A. | | | | |
| Hudson & Keyse Llc 382 Blackbrook Rd Painesville, OH 44077 | | | | | | | | 3,270.00 |
| Account No. | | | | Business Debt | | | | |
| IBC Wonder/Hodgkins 34007 Eagle Way Chicago, IL 60678 | - | | | | | | X | 6,159.35 |
| Sheet no. _17_ of _34_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | 26,846.21 |

B6F (Official Form 6F) (12/07) - Cont.

In re    Arry Marinakos,
      Elaine X. Marinakos

Case No. _____

                                          ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| Illinois Time Recorder Comapny 2737 Curtis Street Downers Grove, IL 60515 | - | | | | | | X | |
| | | | | | | | | 927.71 |
| Account No. | | | | Business Debt | | | | |
| Jay's Foods Inc. 4717 Paysphere Circle Chicago, IL 60674 | - | | | | | | X | |
| | | | | | | | | 1,494.65 |
| Account No. | | | | Business Debt | | | | |
| KEK Investments, Inc. 242 Bunting LAne Bloomingdale, IL 60108 | J | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Business Debt | | | | |
| Kraft Pizza Company 50 New Commerce Blvd. P.O. Box 4000 Wilkes Barre, PA 18762-9980 | - | | | | | | X | |
| | | | | | | | | 957.13 |
| Account No. | | | | Business Debt | | | | |
| Labriola Baking Company 5324 W. 123rd Place Alsip, IL 60803 | - | | | | | | X | |
| | | | | | | | | 1,753.00 |

Sheet no. __18__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,132.49

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    Arry Marinakos,                                    Case No. _____
         Elaine X. Marinakos

_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Business Debt | | | | |
| Lagestee-Corban Investment Group 19818 South LaGrange Road Mokena, IL 60448 | - | | | | | | | X | Unknown |
| Account No. | | | | | Business Debt | | | | |
| Lang Ice Company 3600 W. 59th Street Chicago, IL 60629 | - | | | | | | | X | 104.25 |
| Account No. | | | | | Business Debt | | | | |
| Lewis Family Bakers 1957 Momentum Place Chicago, IL 60689 | - | | | | | | | X | 876.14 |
| Account No. | | | | | Business Debt | | | | |
| Lipari 26661 Bunert Rd Warren, MI 48089-1476 | - | | | | | | | X | 2,824.84 |
| Account No. xx6896 | | | | | Collection Agent for Suburban Neonatal Ltd | | | | |
| Lou Harris & Co P.O. Box 977 Northbrook, IL 60065-0977 | | W | | | | | | | 0.00 |

| Sheet no. _19_ of _34_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 3,805.23 |
|---|---|---|

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Arry Marinakos,                                                    Case No. _____
         Elaine X. Marinakos

_____,
                                         Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xx6896<br><br>Lou Harris Company<br>613 Academy Dr<br>Northbrook, IL 60062 | | W | Opened 11/10/06<br>Collection Suburban Neonatal  Ltd. | | | | 157.00 |
| Account No.<br><br>Maestranzi Bros.<br>4715 N. Ronald Street<br>Harwood Heights, IL 60706 | - | | Business Debt | | | X | 1,572.25 |
| Account No.<br><br>Marconi Foods<br>710 W. Grand Ave<br>Chicago, IL 60610 | - | | Business Debt | | | X | 399.59 |
| Account No.<br><br>Marinakos Construction<br>5306 Leamington<br>Chicago, IL 60630 | J | | Business Debt | | | X | Unknown |
| Account No.<br><br>Marinakos, John & Soula<br>3 Lexington South Road<br>Barrington, IL 60010 | - | | Business Debt | | | X | Unknown |

Sheet no. __20__ of __34__ sheets attached to Schedule of       Subtotal       2,128.84
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Arry Marinakos,                                                    Case No. _____
         Elaine X. Marinakos
                                                                    ,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| Marinakos, Pete 5306 Leamington Chicago, IL 60630 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Business Debt | | | | |
| Maverick Wine Company, LLC 401 Eastern Avenue Bensenville, IL 60106 | C | | | | | | X | |
| | | | | | | | | 1,614.00 |
| Account No. xxxxxxxxx4420 | | | | Opened  3/01/94  Last Active 11/03/06 ChargeAccount | | | | |
| Mcydsnb 9111 Duke Blvd Mason, OH 45040 | | W | | | | | | |
| | | | | | | | | 1,221.00 |
| Account No. | | | | Business Debt | | | | |
| Milano Bakery 433 S. Chicago Street Joliet, IL 60436 | | - | | | | | X | |
| | | | | | | | | 1,614.00 |
| Account No. | | | | Business Debt | | | | |
| Molino Baking Co. 13030 S. Western Ave Blue Island, IL 60406 | | - | | | | | X | |
| | | | | | | | | 1,346.35 |

Sheet no. __21__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    5,795.35

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Arry Marinakos,                                           Case No. _____
        Elaine X. Marinakos

                                                    ,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Mr. Glass<br>2940 W. Lake Street<br>Chicago, IL 60612 | - | | | Business Debt | | | X | 8,770.00 |
| Account No. xxxxxxxxxxx0833<br><br>National Enterprise Systems<br>29125 Solon Road<br>Solon, OH 44139-3442 | | W | | Notice Only<br>Collection agent for Best Buy | | | | 0.00 |
| Account No.<br><br>Natural Juice Company<br>P.O. Box 395<br>Elk Grove Village, IL 60009-0395 | - | | | Business Debt | | | X | 1,070.00 |
| Account No. xxxxxxxxxxx4718<br><br>NCO Financial Systems, Inc<br>507 Prudential Road<br>Horsham, PA 19044 | | J | | Notice Only<br>Collection Agent for Citibank USA/Home Depot | | | | 0.00 |
| Account No.<br><br>Nealy Foods Inc.<br>900 W. Fullerton<br>Chicago, IL 60607 | - | | | Business Debt | | | X | 12,179.00 |

Sheet no. __22__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    22,019.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Arry Marinakos,
        Elaine X. Marinakos
_____,
                        Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xx5472<br><br>Nicor Gas<br>Attention:  Bankruptcy Department<br>1844 Ferry Road<br>Naperville, IL 60507 | | H | Opened  5/01/00  Last Active  3/01/08<br>Utility Service | | | | 633.00 |
| Account No.<br><br>North Star-Dairy Rich Inc.<br>6510 Broadway<br>Merrillville, IN 46410 | - | | Business Debt | | | X | 609.00 |
| Account No. xxx9971<br><br>Northwest Community Hospital<br>800 W Central Road<br>Arlington Heights, IL 60005 | | H | Medical Treatment | | | | 247.47 |
| Account No.<br><br>Oberweiss Dairy<br>951 Ice Cream Drive<br>Sweet One<br>North Aurora, IL 60542 | - | | Business Debt | | | X | 2,720.00 |
| Account No. xxxxxxx xxxx4158<br><br>OSI Collection Services Inc<br>P.O. Box 959<br>Brookfield, WI 53008 | | H | Collection Agent for Northwest Community Hospital | | | | 0.00 |

Sheet no. __23__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,209.47

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Arry Marinakos,                                                    Case No. _____
        Elaine X. Marinakos

                                                                     ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | H | Business Debt | | | | |
| PCS Industries 4707 W. 138th Street Crestwood, IL 60445 | - | | | | | | X | 1,240.00 |
| Account No. xxx9972 | | | H | Collection Agent for Northwest Community Hospital | | | | |
| Pelleteri & Associates 991 Oak Creek Drive Lombard, IL 60148 | | | | | | | | 0.00 |
| Account No. | | | | Business Debt | | | | |
| Penske 10067 Harlem Chicago Ridge, IL 60415 | - | | | | | | X | 9,000.00 |
| Account No. xx3173 | | | H | Business Debt | | | | |
| Pepsi Cola General Bottling Co. 1400 W. 35th Street Chicago, IL 60609 | | | | | | | | 69,807.00 |
| Account No. | | | | Business Debt | | | | |
| Perfect Pasta Inc. 31 Fairbanks Unit A Addison, IL 60101 | - | | | | | | X | 2,853.00 |

Sheet no. __24__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        82,900.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Arry Marinakos,                                              Case No. _____
         Elaine X. Marinakos
_____,
                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Business Debt | | | | |
| Pinecrest Equipment 6679 Snowcreek Road Penhook, VA 24137 | - | | | | | | X | 8,000.00 |
| Account No. | | | | Business Debt | | | | |
| Plitt Company P.O. Box 5940 Carol Stream, IL 60197-5940 | - | | | | | | X | 2,300.00 |
| Account No. | | | | Business Debt | | | | |
| Poulopoulos Associates 2140 White Oak Circle Libertyville, IL 60092 | - | | | | | | X | 3,200.00 |
| Account No. | | | | Business Debt | | | | |
| Purely Gourmet and Organic Foods 5358 Paysphere Chicago, IL 60674 | - | | | | | | X | 1,980.00 |
| Account No. | | | | Business Debt | | | | |
| Quality Casing Company P.O. Box 75460 Cincinnati, OH 45275 | - | | | | | | X | 539.00 |

Sheet no. __25__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          16,019.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Arry Marinakos,                                          Case No. _____
         Elaine X. Marinakos
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>Redline Recovery Services LLC<br>1145 Sanctuary Parkway<br>Suite 350<br>Alpharetta, GA 30004 | J | | | Notice Only<br>Colletion Agent for Discover Financial Svcs Inc | | | | 0.00 |
| Account No.<br><br>Reliable<br>9630 W. 194th<br>Mokena, IL 60448 | - | | | Business Debt | | | X | 1,500.00 |
| Account No. xxxxxxxxxxxx0833<br><br>Resurgent Capital Service/Sherman Acquis<br>Attention: Bankruptcy Department<br>Po Box 10587<br>Greenville, SC 29603 | W | | | Opened 7/16/07<br>FactoringCompanyAccount Hsbc Bank Nev Best Buy | | | | 1,007.00 |
| Account No. xxxxxxxxxxxx1128<br><br>Resurgent Capital Service/Sherman Acquis<br>Attention: Bankruptcy Department<br>P.O. Box 10587<br>Greenville, SC 29603 | H | | | Opened 11/28/07<br>FactoringCompanyAccount GE Capital The Gap | | | | 739.00 |
| Account No. xxxx6127<br><br>Revenue Cycle Solutions (RCS)<br>P.O. Box 7229<br>Westchester, IL 60154 | W | | | 01/24/06<br>Collection Agent for Rush North Shore Hospital | | | | 0.00 |

Sheet no. __26__ of __34__ sheets attached to Schedule of                    Subtotal                3,246.00
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  Arry Marinakos,                                                    Case No. _____
       Elaine X. Marinakos
_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Business Debt | | | | |
| Rolf's Patisserie 4343 W. Touhy Lincolnwood, IL 60712 | - | | | | | | X | 772.00 |
| Account No. | | | | Business Debt | | | | |
| Rosebud Farm P.O. Drawer 601 Dolton, IL 60419-0601 | - | | | | | | X | 3,155.00 |
| Account No. | | | | Business Debt | | | | |
| Ruprecht Company Slot 303247 P.O. Box 66973 Chicago, IL 60666-0973 | - | | | | | | X | 85.57 |
| Account No. xxxx6127 | | | | 01/24/06 Medical Treatment | | | | |
| Rush North Shore Medical Center 9600 Gross Point Road Skokie, IL 60076 | | W | | | | | | 620.00 |
| Account No. | | | | Professional Services | | | | |
| Schlack & McGinnity 20 North Clark Street Suite 2200 Chicago, IL 60602 | | J | | | | | | Unknown |

Sheet no. __27__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                        4,632.57

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    Arry Marinakos,                                           Case No. _____
         Elaine X. Marinakos
_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Business Debt | | | | |
| SCI Communications 14423 W. Edison P.O. Box 38 New Lenox, IL 60451 | - | | | | | | | X | 542.20 |
| Account No. | | | | | Business Debt | | | | |
| Sharp Personnel Inc. 38W286 Route 64 Saint Charles, IL 60175 | - | | | | | | | X | Unknown |
| Account No. | | | | | Business Debt | | | | |
| Sherwood Food Distributors 18615 Sherwood Avenue Detroit, MI 48234 | - | | | | | | | X | 700.00 |
| Account No. | | | | | Business Debt | | | | |
| Soderholm Wholesale Foods 1100 Wilburn Road Sun Prairie, WI 53590 | - | | | | | | | X | 248.04 |
| Account No. xx5290 | | | | | Business Debt | | | | |
| Southern Wine & Spirits of Illinois 2971 Paysphere Circle Chicago, IL 60674-2971 | | H | | | | | | | 68,000.00 |

Sheet no. __28__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

69,490.24

B6F (Official Form 6F) (12/07) - Cont.

In re    Arry Marinakos,
         Elaine X. Marinakos
                                                                Case No. _____
                                                     ,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Business Debt | | | | |
| Stube Celeery & Vegetable Company 2404 W Wolcott Ave Chicago, IL 60608 | - | | | | | | X | Unknown |
| Account No. | | | | Business Debt | | | | |
| Sub Zero Distributors 8940 W. 192nd Place Suite K Mokena, IL 60448 | - | | | | | | X | 2,950.00 |
| Account No. xx-xx0456 | | W | | 01/24/06 Medical Treatment | | | | |
| Suburban Neonatal P.O. Box 2475 Northbrook, IL 60065 | | | | | | | | 164.40 |
| Account No. | | | | Business Debt | | | | |
| Sunrise Greetings P.O. Box 66549 Indianapolis, IN 46266 | - | | | | | | X | 35.00 |
| Account No. | | | | Business Debt | | | | |
| Sweet Street 509 N. Covenant Bourbonnais, IL 60914 | - | | | | | | X | 216.00 |

Sheet no. __29__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    3,365.40

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Arry Marinakos,                                           Case No. _____
        Elaine X. Marinakos

                                                    ,
                                         Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| Synter Resource Group 5935 Rivers Ave Suite 102 Charleston, SC 29406 | - | | | | | X | Unknown |
| Account No. | | | Attorneys for Kehe Food Distribution | | | | |
| Teller Levit & Silvertrust 11 E Adams St Chicago, IL 60603 | | H | | | | X | 0.00 |
| Account No. | | | Attorneys for Cargil Food Distribution | | | | |
| Teller Levit & Silvertrust 11 E Adams St Chicago, IL 60603 | | H | | | | X | 0.00 |
| Account No. | | | Business Debt | | | | |
| The Auster Company 2404 S Wolcott Units 32-33 Chicago, IL 60608 | - | | | | | X | 3,627.00 |
| Account No. | | | Business Debt | | | | |
| The Simon Box Mfg Co 355 Caton Farm Road Lockport, IL 60441 | - | | | | | X | 1,364.40 |

Sheet no. __30__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,991.40

B6F (Official Form 6F) (12/07) - Cont.

In re    Arry Marinakos,                                              Case No. _____
         Elaine X. Marinakos

_____,
                                           Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| Tropicana Chilled DSD P.O. Box 660059 Dallas, TX 75266-0059 | | - | | | | | X | 2,853.00 |
| Account No. | | | | Business Debt | | | | |
| Turano Baking Co 6501 W. Roosevelt Road Berwyn, IL 60402 | | - | | | | | X | 1,029.00 |
| Account No. | | | | Business Debt | | | | |
| Ultra Electro-Static Painting Inc 7702 43rd Lyons, IL 60534 | | - | | | | | X | 10,998.00 |
| Account No. | | | | Business Debt | | | | |
| Union Baking Company 23734 Network Place Chicago, IL 60673-1237 | | - | | | | | X | 4,630.00 |
| Account No. | | | | Business Debt | | | | |
| United Packaging Products Inc 1090 Pratt Blvd Elk Grove Village, IL 60007 | | - | | | | | X | 1,088.51 |

Sheet no. _31_ of _34_ sheets attached to Schedule of                       Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)          20,598.51

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Arry Marinakos,                                                                    Case No. _____
         Elaine X. Marinakos

_____ ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W JC | | | | | | |
| Account No.<br><br>V.E. Burg & Sons Co<br>4949-4951 Elston Avenue<br>Chicago, IL 60630 | | - | | Business Debt | | | X | 2,889.28 |
| Account No. xxx8529<br><br>Van Ru Credit Corporation<br>10024 Skokie Blvd<br>Suite 2<br>Skokie, IL 60077 | | W | | Notice Only<br>Collection Agent for Macy's/DSNB | | | | 0.00 |
| Account No. xxxxxx-xxxx7910<br><br>Van Ru Credit Corporation<br>1350 E Touhy Ave<br>Suite 100e<br>Des Plaines, IL 60018 | | W | | Collection Agent for Children's Group | | | | 0.00 |
| Account No.<br><br>Wagner Concrete<br>P.O. Box 4648<br>Carol Stream, IL 60197 | | - | | Business Debt | | | X | Unknown |
| Account No.<br><br>Wellbuilt Equipment<br>617 S. Maple<br>Grant Park, IL 60940 | | - | | Business Debt | | | X | 1,888.78 |

Sheet no. __32__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    4,778.06

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Arry Marinakos,                                      Case No. _____
        Elaine X. Marinakos

                                                          ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxx3064 | | | | Opened 2/07/08 Notice Only Collection agent for AT&T | | | | |
| West Asset Management Attn: Bankruptcy Po Box 105478 Atlanta, GA 30348 | | H | | | | | | 39.00 |
| Account No. xxxxxx1553 | | | | Notice Only Collection Agent for Bank of America | | | | |
| Wolpoff & Abramson LLP Two Irvington Centre 702 King Farm Road Rockville, MD 20850 | | W | | | | | | 0.00 |
| Account No. | | | | Business Debt | | | | |
| Ziyad Brothers 5400 W. 35th Street Cicero, IL 60804 | | - | | | | | X | 300.00 |
| Account No. | | | | Business Debt | | | | |
| Zone Mechanical 12539 S Holiday Drive Alsip, IL 60803 | | - | | | | | X | Unknown |
| Account No. xxxx-xxxx-xxxx-0796 | | | | Notice Only Collection Agent for Discover Financial Svcs Inc | | | | |
| Zwicker & Associates 80 Minutemen Road Andover, MA 01810 | | W | | | | | | 0.00 |

Sheet no. __33__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                        339.00
(Total of this page)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Arry Marinakos,                                          Case No. _____
         Elaine X. Marinakos

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxx-xxxxxx-x3000 | | | | Notice Only Collection Agent for American Express | | | | |
| Zwicker & Associates 80 Minutemen Road Andover, MA 01810 | | W | | | | | | |
| | | | | | | | | 0.00 |
| Account No. xxxx-xxxx-xxxx-3993 | | | | Notice Only Collection Agent for Bank of America/FIA Card Services, NA | | | | |
| Zwicker & Associates 80 Minutemen Road Andover, MA 01810 | | | J | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __34__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 0.00 |
| Total (Report on Summary of Schedules) | 616,781.62 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    Arry Marinakos,                                                    Case No. _____
         Elaine X. Marinakos
_____,
                                    Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

In re    Arry Marinakos,
         Elaine X. Marinakos

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

0
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6I (Official Form 6I) (12/07)

| | |
|---|---|
| In re | Arry Marinakos |
| | Elaine X. Marinakos |
| | Debtor(s) |

Case No. _____

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP(S):<br>Daughter<br>Son<br>Son | AGE(S):<br>2 years<br>3 years<br>5 years |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Manager | Child Care |
| Name of Employer | PDN Foods Inc d/b/a Boba Burgers | George and Sophia Archos |
| How long employed | 2 months | 7 months |
| Address of Employer | 600 E. Devon<br>Elk Grove Village, IL 60007 | 2 S 727 Williamsburg court<br>Oak Brook, IL 60523 |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 3,168.00 | $ 1,250.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 3,168.00 | $ 1,250.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 405.65 | $ 0.00 |
|    b. Insurance | $ 0.00 | $ 0.00 |
|    c. Union dues | $ 0.00 | $ 0.00 |
|    d. Other (Specify):   Medicare | $ 46.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 451.65 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 2,716.35 | $ 1,250.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of<br>    dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance<br>(Specify):   Food Stamps | $ 0.00 | $ 643.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income<br>(Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 643.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 2,716.35 | $ 1,893.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 4,609.35 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re   Arry Marinakos
Elaine X. Marinakos                                               Case No. _____
_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,239.00 |
| a. Are real estate taxes included?        Yes  X       No ___ | | |
| b. Is property insurance included?        Yes ___      No  X | | |
| 2. Utilities:      a. Electricity and heating fuel | $ | 200.00 |
|                    b. Water and sewer | $ | 67.00 |
|                    c. Telephone | $ | 32.00 |
|                    d. Other  Comcast | $ | 19.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 40.00 |
| 4. Food | $ | 643.00 |
| 5. Clothing | $ | 50.00 |
| 6. Laundry and dry cleaning | $ | 20.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 20.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|                    a. Homeowner's or renter's | $ | 64.00 |
|                    b. Life | $ | 54.00 |
|                    c. Health | $ | 0.00 |
|                    d. Auto | $ | 113.00 |
|                    e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|            (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|                    a. Auto | $ | 570.00 |
|                    b. Other | $ | 0.00 |
|                    c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  Oak Brook Colony Condo Assoc Dues | $ | 260.00 |
|      Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 4,591.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 4,609.35 |
| b.   Average monthly expenses from Line 18 above | $ | 4,591.00 |
| c.   Monthly net income (a. minus b.) | $ | 18.35 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  Arry Marinakos
      Elaine X. Marinakos
                                     Debtor(s)

Case No. _____

Chapter   7

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
___50___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  April 21, 2008                  Signature   /s/ Arry Marinakos
                                                       Arry Marinakos
                                                           Debtor

Date  April 21, 2008                  Signature   /s/ Elaine X. Marinakos
                                                       Elaine X. Marinakos
                                                             Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Arry Marinakos
      Elaine X. Marinakos

Case No.

Debtor(s)               Chapter   7

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | 2006 |
| $4,000.00 | 2007 - Self-employment (child care) |
| $3,000.00 | 2008 (YTD) - Self-employment (child care) |
| $3,762.20 | 2008 (YTD) - PDN Foods, Inc d/b/a Boba Burgers and More |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $47.00 | 2006 - Interest and dividends |
| $2,240.00 | 2007 - Interest and capital gains |

**3. Payments to creditors**

None ☐

***Complete a. or b., as appropriate, and c.***

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|---|
| Countrywide Home Lending Attention: Bankruptcy  SV-314B P.O. Box 5170 Simi Valley, CA 93062 | 02/19/08 03/27/08 | $1,608.59 $2,239.06 | $3,847.65 | $184,155.00 |
| Kamenear Kadison Shapiro & Craig 20 North Clark Street Suite 2200 Chicago, IL 60602 | 02/28/08 04/01/08 04/21/08 | $  500 $2,000 $1,250 | $3,750.00 | $0.00 |
| Nicor Gas Attention:  Bankruptcy Department 1844 Ferry Road Naperville, IL 60507 | 01/14/08 02/19/08 02/19/08 03/14/08 04/08/08 | $151.65 $101.65 $101.65 $151.65 $150.00 | $656.60 | $633.00 |
| David Schlack Schlack & McGinnity 20 North Clark Street Suite 2200 Chicago, IL 60602 | 02/12/08 | $600.00 | $600.00 | $0.00 |
| American Honda Finance P.0. Box 168088 Irving, TX 75016 | 01/16/08 03/22/08 | $570.32 $570.32 | $1,140.64 | $19,244.00 |
| T-mobile P.O. Box 742596 Cincinnati, OH 45274-2596 | 01/15/08 02/27/08 03/31/08 04/11/08 | $150.00 $150.00 $185.08 $179.83 | $664.91 | $0.00 |
| Oak Brook Colony Condo Assn c/o CMS Company P.O. Box 727 Elmhurst, IL 60126 | 02/19/08 03/20/08 04/13/08 | $286.87 $261.87 $261.87 | $810.61 | $0.00 |

None ■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■     c.     *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐     a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Cargill Food Distribution, Inc. v. Arry Marinakos (07AR-1969) | Contract Action | Circuit Court of the Eighteenth Judicial Circuit, DuPage County, Illinois | Judgment 12/07/07 in amount of $11,997.25 |
| Kehe Food Distributors v. Arry Marinakos (07AR 1968) | Contract Action | Circuit Court of the Eighteenth Judicial Circuit, DuPage County, Illinois | Judgment 12/07/07 |

None
■     b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None
■     List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and receiverships**

None
■     a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Kamenear Kadison Shapiro & Craig 20 North Clark Street Suite 2200 Chicago, IL 60602 | 02/28/08 04/01/08 04/21/08 | $500.00 $2,000.00 $1,250.00 |
| Chestnut Health Systems Inc 1003 Martin Luther King Drive Bloomington, IL 61701 | 03/18/08 | $45.00 |

### 10. Other transfers

None
☐   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Car Max Auto Superstore 101 N. Wolf Road Hillside, IL 60162 None | May 21, 2007 | 2003 Hummer H2 Automobile Value Received: $22,000 |

5

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Publically traded | 05/04/07 | 26.54 shares of W W Grainger, Inc. stock<br>Value Received: $2,240.00 |

None

None
■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| JP Morgan Chase<br>P.O. Box 260180<br>Baton Rouge, LA 70826 | Joint Check Account No. ...6784 | Date of Closing: 05/07<br>Closing Balance: $250.00 (approx) |
| JP Morgan/Chase<br>P.O. Box 260180<br>Baton Rouge, LA 70826 | Joint Savings Account No. ...0940 | Closing Date: 05/07<br>Closing Balance: $100.00 (approx) |

### 12. Safe deposit boxes

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
☐    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Panayioti A. Marinakos<br>2 S. 727 Williamsburg<br>Oak Brook, IL 60523 | Custodial Account for Minor (UTMA)<br>Vaule: $280.15 | Charter One Bank |

6

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Dimitri A. Marinakos<br>2 S. 727 Williamsburg<br>Oak Brook, IL 60523 | Custodial Account for Minor (UTMA)<br>Value: $274.31 | Charter One Bank |
| Nevi Marinakos<br>2 S. 727 Williamsburg<br>Oak Brook, IL 60523 | Custodial Account for Minor (UTMA)<br>Value: $288.25 | Charter One Bank |

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

7

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| J & A Center | 6596 | 559 Main Street West Chicago, IL 60185 | Ownership and management of strip mall property | 01/28/02 through 05/16/05 |
| Fresh Point Market LLC | 20-4554440 | 19818 La Grange Road Mokena, IL 60448 | Grocery Store | 03/02/06 to 09/04/07 |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| Aristotellis Archos 7630 Mendocino Gurnee, IL 60031 | 03/06 to 09/07 (Fresh Point Market LLC) |
| Arry Marinakos 2 S 727 Williamsburg Oak Brook, IL 60523 | 01/02 to 05/05 (J & A Center) |
| Accounting Affiliates Inc. 1480 Renaissance Drive Suite 308 Park Ridge, IL 60068 | 01/02 to 05/05 (J & A Center) |

8

None
■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

None
☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| Archos, Aristotellis<br>Fresh Point Markett LLC (all available) | 7630 Mendocino Drive<br>Gurnee, IL 60031 |
| George Archos<br>Fresh Point Market LLC (all available) | 24 Princess Court<br>Westchester, IL 60154 |
| Arry Marinakos<br>J & A Center (all available) | 2 S. 727 Williamsburg<br>Oak Brook, IL 60523 |

None
■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

### 20. Inventories

None
■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|-------------------|----------------------|-------------------------------|

None
■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|-------------------|-------------------------------------------------------|

### 21 . Current Partners, Officers, Directors and Shareholders

None
■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None
■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|------------------|-------|---------------------------------------------|

### 22 . Former partners, officers, directors and shareholders

None
■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

9

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   April 21, 2008                              Signature    /s/ Arry Marinakos
                                                                Arry Marinakos
                                                                Debtor


Date   April 21, 2008                              Signature    /s/ Elaine X. Marinakos
                                                                Elaine X. Marinakos
                                                                Joint Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form 8
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Arry Marinakos
       Elaine X. Marinakos                                Case No.

                                                    Debtor(s)       Chapter    7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■      I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐      I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■      I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 2005 Honda Odyssey | American Honda Finance | | | | X |
| Residential real property commonly known as: 2 S 727 Williamsburg Court, Oak Brook, IL 60523 | Countrywide Home Lending | | | | X |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| -NONE- | | |

Date  April 21, 2008             Signature   /s/ Arry Marinakos
                                                  Arry Marinakos
                                                  Debtor

Date  April 21, 2008             Signature   /s/ Elaine X. Marinakos
                                                  Elaine X. Marinakos
                                                  Joint Debtor

## United States Bankruptcy Court
### Northern District of Illinois

In re    Arry Marinakos    Elaine X. Marinakos

Debtor(s)     Case No. _____

Chapter   7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 3,750.00 |
| Prior to the filing of this statement I have received | $ | 3,750.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

3.   The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

4.   ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ■ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached. **No exception**

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
       Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       Representation of the debtor(s) in any contested matters, adversary proceedings to determine dischargeability of debts or objecting to the debtor(s) discharge, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    April 21, 2008

/s/ Joel H. Shapiro
Joel H. Shapiro (#2566168)
Kamenear Kadison Shapiro & Craig
20 North Clark Street
Suite 2200
Chicago, IL 60602
(312) 332-0490
jshapiro@kksclaw.com

B 201 (04/09/06)

UNITED STATES BANKRUPTCY COURT
**NORTHERN DISTRICT OF ILLINOIS**

**NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
OF THE BANKRUPTCY CODE**

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)**
1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
2.  Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**
1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.
2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.
3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

B 201 (04/09/06)

**Chapter 11**: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12**: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| Joel H. Shapiro (#2566168) | X  /s/ Joel H. Shapiro | April 21, 2008 |
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
20 North Clark Street
Suite 2200
Chicago, IL 60602
(312) 332-0490

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

Arry Marinakos

| | | |
|---|---|---|
| Elaine X. Marinakos | X  /s/ Arry Marinakos | April 21, 2008 |
| Printed Name of Debtor | Signature of Debtor | Date |
| Case No. (if known) | X  /s/ Elaine X. Marinakos | April 21, 2008 |
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
## Northern District of Illinois

In re  Arry Marinakos
    Elaine X. Marinakos

                                       Debtor(s)

Case No. _____
Chapter  7 _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ 178

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: April 21, 2008 _____

/s/ Arry Marinakos _____
Arry Marinakos
Signature of Debtor

Date: April 21, 2008 _____

/s/ Elaine X. Marinakos _____
Elaine X. Marinakos
Signature of Debtor

A+ Exhaust Hood Cleaning
P.O. Box 656
Westmont, IL 60559


AAA Rental System
3020 w 167th St
Markham, IL 60428


Account Solutions Group, LLC
205 Bryant Woods South
Amherst, NY 14228


Advocate Healthcare
Good Samaritan Hospital
3815 Highland Avenue
Downers Grove, IL 60515


Alpha Baking Company
36230 Treasury Center
Chicago, IL 60691


American Baking Company
21431 Network Place
Chicago, IL 60673


American Express
c/o Becket and Lee
Po Box 3001
Malvern, PA 19355


American Express
P.O. Box 0001
Los Angeles, CA 90096-0001


American Honda Finance
Po Box 168088
Irving, TX 75016


Anton-Argires Inc.
11743 S. Mayfield Avenue
Alsip, IL 60803


Archos, Aristotellis
7630 Mendocino Drive
Gurnee, IL 60031

Archos, George and Sophia
24 Princess Court
Westchester, IL 60154


Arnold Scott Harris
600 W. Jackson Blvd, Suite 720
P.O. Box 5625
Chicago, IL 60680-5625


Arnstein & Lehr
120 S Riverside Plaza
Suite 1200
Chicago, IL 60606


Arrow Uniform Rental
P.O. Box 670391
Detroit, MI 48267-0391


AT&T
P.O. Box 8100
Aurora, IL 60507


Athenian Foods
3051-53 N. Cicero
Chicago, IL 60641


Atom Banana
2404 Walcott Avenue
Units 10, 11, 12
Chicago, IL 60606


Aunt Millie's Bakeries
P.O. Box 13099
Fort Wayne, IN 46867


Baltic Food Distributing
1041 Vandustrial Drive
Westmont, IL 60559


Bank of America
Attn: Bankruptcy NC4-105-02-99
Po Box 26012
Greensboro, NC 27410

Bank of America
Attn: Bankruptcy NC4-105-02-99
Po Box 26012
Greensboro, NC 27410


Bank of America
P.O. Box 15026
Wilmington, DE 19850-5026


Banner Wholesale Grocers
3000 S. Ashland
Chicago, IL 60608


Bareman Dairy
P.O. Box 8157
Holland, MI 49422


Bari Foods
710 Schneider Drive
South Elgin, IL 60177


Best Buy
Retail Services
P.O. Box 17298
Baltimore, MD 21297-1298


Blue Ribbon Products Company
2410 W. McDonough Street
Joliet, IL 60436


Bobaks Sausage Company
5275 S. Archer Avenue
Chicago, IL 60632


Boussis, Demitrios
2119 Post
Northbrook, IL 60062


Brookhaven Marketplace II
242 Bunting Lane
Mokena, IL 60448

Burke Warren MacKay & Serritella
330 N Wabash Ave
22nd Floor
Chicago, IL 60611


BYL
P.O. Box 569
Nalveren, PA 19355


Cargill Food Distribution
P.O. Box 5007
Woodridge, IL 60517


Central Beverage Company
2601 S. 25th Avenue
Broadview, IL 60155


Central Food Service
4100 W. 40th Street
Chicago, IL 60632


Central Merchandising
Certified Grocers Midwest Inc
One Certified Drive
La Grange, IL 60525


Charter One Bank
P.O. Box 42001
Providence, RI 02940


Chase
P.O. Box 15298
Wilmington, DE 19850-5298


Chase/United Mileage Plus
Attn: Bankruptcy Dept
Po Box 100018
Kennesaw, GA 30156


Chemtron
P.O. Box 46190
Chicago, IL 60646-0190

Chicago Baking Company
500 N. Fulton Avenue
Evansville, IN 47710


Chicago Sweet Connection Bakery
5569 N. Northwesyt Hwy
Chicago, IL 60630


Chicago Tribune
505 Northwest Hwy
Northlake, IL 60164


Children's Memorial Medical Center
75 Remittance Drive
Suite 92611
Chicago, IL 60675


Citibank USA
Attn.: Centralized Bankruptcy
P.O. Box 20507
Kansas City, MO 64195


City of Chicago
P.O. Box 88292
Chicago, IL 60680-1292


Classic Creations
1422 Abourndale Ct
Wheeling, IL 60090


Clover Leaf Farms
13835 S. Kostner
Crestwood, IL 60445


Coca-Cola Enterprise Bottling Co.
P.O. Box 2335
Chicago, IL 60674-2335


Com Ed
Bill Payment Center
Chicago, IL 60668-0001


Corfu Foods Inc.
755 Thomas Drive
Bensenville, IL 60106

Countrywide Home Lending
Attention: Bankruptcy SV-314B
Po Box 5170
Simi Valley, CA 93062


Crawford Sausage Co.
2310 S. Pulaski
Chicago, IL 60623


D & S News
30 North Street
Park Forest, IL 60466


D.M. Emporium
3014 Willow Street
Franklin Park, IL 60131


Dearborn Wholesale Grocers
2801 S. Western Avenue
Chicago, IL 60608


Discover Financial
Attention: Bankruptcy Department
P.O. Box 3025
New Albany, OH 43054


Discover Financial
Attention: Bankruptcy Department
Po Box 3025
New Albany, OH 43054


Dish Network
Dept 0063
Palatine, IL 60055-0063


Doreen's Gormet Pizza, Inc.
130 State Street
Calumet City, IL 60409


DPI Midwest
600 E. Brook Drive
Arlington Heights, IL 60005

Dreyers/Edy's Grand Ice Cream
5929 College Avenue
Oakland, CA 94618


Dutch Farms Inc.
1573 Momentum Drive
Chicago, IL 60689-5315


Earthgrains Baking Co., Inc.
2883 Hillock Avenue
Chicago, IL 60603


Eastern Collection Corp
1626 Locust Ave
Bohemia, NY 11716


Edsouth W/jp Morgan
Po Box 36014
Knoxville, TN 37930


El Milagro Tortillas
Dept. 562-0659
Chicago, IL 60678-6994


Empire Cooler Service
940 W. Chicago Avenue
Chicago, IL 60622


Equipment Depot of Illinois
2545 Northwest Parkway
Elgin, IL 60123


Evergreen International Inc.
2404 S. Wolcott Avenue
Chicago, IL 60608


Expand International
P.O. Box 617815
Chicago, IL 60661-7815


Fantis Imports Inc.
3612 Acorn Lane
Franklin Park, IL 60131

Father & Son Corn
P.O. Box 1187
Melrose Park, IL 60161


Fifth Third Bank
19201 La GRange Road
Mokena, IL 60448


First National Ba`nk of Illinois
3256 ridge Road
Lansing, IL 60438


Fisher Printing Inc.
8640 S. Oketo Avenue
Bridgeview, IL 60455


Fortune Fish Co.
P.O. Box 3090
Milwaukee, WI 53201-3090


Fotis and Son Imports, Inc.
2675 American LAne
Elk Grove Village, IL 60007


Fox De Luxe
370 N. Morgan Street
Chicago, IL 60607


FPO Technology, Inc.
1229 Rand Road
Des Plaines, IL 60016


Frito-Lay
P.O. Box 643103
Pittsburgh, PA 15264-3103


Gemb/gap
Attention: Bankruptcy
P.O. Box 103106
Roswell, GA 30076


Giardino del Dolce Inc.
2859 N. Harlem Ave.
Chicago, IL 60707

Goodness Greenness Inc.
3586 Paysphere Circle
Chicago, IL 60674-3586


High PSI
75 N. Brandon Drive
Glendale Heights, IL 60139


Hinsdale's Pride Inc.
7960 Shagbark
Burr Ridge, IL 60527


Home Depot
P.O. Box 6029
The Lakes, NV 88901-6029


Home Depot
P.O. Box 689100
Des Moines, IA 50368-9100


HSBC Bank Nevada, NA
P.O. Box 5244
Carol Stream, IL 60197-5244


Hudson & Keyse Llc
382 Blackbrook Rd
Painesville, OH 44077


IBC Wonder/Hodgkins
34007 Eagle Way
Chicago, IL 60678


Illinois Department of Revenue
State of Illinois Center
100 West Randolph Street
Chicago, IL 60601


Illinois Time Recorder Comapny
2737 Curtis Street
Downers Grove, IL 60515


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 21126
Philadelphia, PA 19114

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 21126
Philadelphia, PA 19114


Jay's Foods Inc.
4717 Paysphere Circle
Chicago, IL 60674


Kehe Foods
35346 Eagle Way
Chicago, IL 60678-1353


KEK Investments, Inc.
242 Bunting LAne
Bloomingdale, IL 60108


Kraft Pizza Company
50 New Commerce Blvd.
P.O. Box 4000
Wilkes Barre, PA 18762-9980


Labriola Baking Company
5324 W. 123rd Place
Alsip, IL 60803


Lagestee-Corban Investment Group
19818 South LaGrange Road
Mokena, IL 60448


Lang Ice Company
3600 W. 59th Street
Chicago, IL 60629


Lewis Family Bakers
1957 Momentum Place
Chicago, IL 60689


Lipari
26661 Bunert Rd
Warren, MI 48089-1476


Lou Harris & Co
P.O. Box 977
Northbrook, IL 60065-0977

Lou Harris Company
613 Academy Dr
Northbrook, IL 60062


Maestranzi Bros.
4715 N. Ronald Street
Harwood Heights, IL 60706


Marconi Foods
710 W. Grand Ave
Chicago, IL 60610


Marinakos Construction
5306 Leamington
Chicago, IL 60630


Marinakos, John & Soula
3 Lexington South Road
Barrington, IL 60010


Marinakos, Pete
5306 Leamington
Chicago, IL 60630


Maverick Wine Company, LLC
401 Eastern Avenue
Bensenville, IL 60106


Mcydsnb
9111 Duke Blvd
Mason, OH 45040


Milano Bakery
433 S. Chicago Street
Joliet, IL 60436


Molino Baking Co.
13030 S. Western Ave
Blue Island, IL 60406


Mr. Glass
2940 W. Lake Street
Chicago, IL 60612

National Enterprise Systems
29125 Solon Road
Solon, OH 44139-3442


Natural Juice Company
P.O. Box 395
Elk Grove Village, IL 60009-0395


NCO Financial Systems, Inc
507 Prudential Road
Horsham, PA 19044


Nealy Foods Inc.
900 W. Fullerton
Chicago, IL 60607


Nicor Gas
Attention:  Bankruptcy Department
1844 Ferry Road
Naperville, IL 60507


North Star-Dairy Rich Inc.
6510 Broadway
Merrillville, IN 46410


Northwest Community Hospital
800 W Central Road
Arlington Heights, IL 60005


Oberweiss Dairy
951 Ice Cream Drive
Sweet One
North Aurora, IL 60542


OSI Collection Services Inc
P.O. Box 959
Brookfield, WI 53008


PCS Industries
4707 W. 138th Street
Crestwood, IL 60445


Pelleteri & Associates
991 Oak Creek Drive
Lombard, IL 60148

Penske
10067 Harlem
Chicago Ridge, IL 60415


Pepsi Cola General Bottling Co.
1400 W. 35th Street
Chicago, IL 60609


Perfect Pasta Inc.
31 Fairbanks
Unit A
Addison, IL 60101


Pinecrest Equipment
6679 Snowcreek Road
Penhook, VA 24137


Plitt Company
P.O. Box 5940
Carol Stream, IL 60197-5940


Poulopoulos Associates
2140 White Oak Circle
Libertyville, IL 60092


Purely Gourmet and Organic Foods
5358 Paysphere
Chicago, IL 60674


Quality Casing Company
P.O. Box 75460
Cincinnati, OH 45275


Redline Recovery Services LLC
1145 Sanctuary Parkway
Suite 350
Alpharetta, GA 30004


Reliable
9630 W. 194th
Mokena, IL 60448

Resurgent Capital Service/Sherman Acquis
Attention: Bankruptcy Department
Po Box 10587
Greenville, SC 29603


Resurgent Capital Service/Sherman Acquis
Attention: Bankruptcy Department
P.O. Box 10587
Greenville, SC 29603


Revenue Cycle Solutions (RCS)
P.O. Box 7229
Westchester, IL 60154


Rolf's Patisserie
4343 W. Touhy
Lincolnwood, IL 60712


Rosebud Farm
P.O. Drawer 601
Dolton, IL 60419-0601


Ruprecht Company
Slot 303247
P.O. Box 66973
Chicago, IL 60666-0973


Rush North Shore Medical Center
9600 Gross Point Road
Skokie, IL 60076


Schlack & McGinnity
20 North Clark Street
Suite 2200
Chicago, IL 60602


SCI Communications
14423 W. Edison
P.O. Box 38
New Lenox, IL 60451


Sharp Personnel Inc.
38W286 Route 64
Saint Charles, IL 60175

Sherwood Food Distributors
18615 Sherwood Avenue
Detroit, MI 48234


Soderholm Wholesale Foods
1100 Wilburn Road
Sun Prairie, WI 53590


Southern Wine & Spirits of Illinois
2971 Paysphere Circle
Chicago, IL 60674-2971


Stube Celeery & Vegetable Company
2404 W Wolcott Ave
Chicago, IL 60608


Sub Zero Distributors
8940 W. 192nd Place
Suite K
Mokena, IL 60448


Suburban Neonatal
P.O. Box 2475
Northbrook, IL 60065


Sunrise Greetings
P.O. Box 66549
Indianapolis, IN 46266


Sweet Street
509 N. Covenant
Bourbonnais, IL 60914


Synter Resource Group
5935 Rivers Ave
Suite 102
Charleston, SC 29406


Teller Levit & Silvertrust
11 E Adams St
Chicago, IL 60603


Teller Levit & Silvertrust
11 E Adams St
Chicago, IL 60603

The Auster Company
2404 S Wolcott
Units 32-33
Chicago, IL 60608


The Simon Box Mfg Co
355 Caton Farm Road
Lockport, IL 60441


Tropicana Chilled DSD
P.O. Box 660059
Dallas, TX 75266-0059


Turano Baking Co
6501 W. Roosevelt Road
Berwyn, IL 60402


Ultra Electro-Static Painting Inc
7702 43rd
Lyons, IL 60534


Union Baking Company
23734 Network Place
Chicago, IL 60673-1237


United Packaging Products Inc
1090 Pratt Blvd
Elk Grove Village, IL 60007


V.E. Burg & Sons Co
4949-4951 Elston Avenue
Chicago, IL 60630


Van Ru Credit Corporation
10024 Skokie Blvd
Suite 2
Skokie, IL 60077


Van Ru Credit Corporation
1350 E Touhy Ave
Suite 100e
Des Plaines, IL 60018

Wagner Concrete
P.O. Box 4648
Carol Stream, IL 60197


Wellbuilt Equipment
617 S. Maple
Grant Park, IL 60940


West Asset Management
Attn: Bankruptcy
Po Box 105478
Atlanta, GA 30348


Wolpoff & Abramson LLP
Two Irvington Centre
702 King Farm Road
Rockville, MD 20850


Ziyad Brothers
5400 W. 35th Street
Cicero, IL 60804


Zone Mechanical
12539 S Holiday Drive
Alsip, IL 60803


Zwicker & Associates
80 Minutemen Road
Andover, MA 01810


Zwicker & Associates
80 Minutemen Road
Andover, MA 01810


Zwicker & Associates
80 Minutemen Road
Andover, MA 01810